**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

John T. Bragg,                                              Case No. 1:24-cv-01388-PAB

      Petitioner,

      -vs-

                                     **JUDGE PAMELA A. BARKER**

Warden Jerry Spatny,

      Respondent.                                   **JUDGMENT ENTRY**

      This Court, pursuant to its Memorandum Opinion & Order dated March 31, 2026 (Doc. No. 13), hereby dismisses the Petition for Writ of Habeas Corpus.  (Doc. No. 1.)  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

      **IT IS SO ORDERED.**

                                        *s/Pamela A. Barker*
                                       PAMELA A. BARKER
Date:  March 31, 2026                              U. S. DISTRICT JUDGE